# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DOMINIC WATERS<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-mj-00301-KFR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 30, 2026__ , at or near __Municipality of Anchorage__ in the _____ District of __Alaska__ , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1),(b)(1)(C) | Possession with Intent of Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

☒  See attached affidavit.

_Michael Sheffield_
_____
*Complainant's signature*

Special Agent Michael Sheffield, Federal Bureau of Investigation
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ *(specify reliable electronic means)* .

Date: __May 1, 2026__

City and state: __Anchorage, Alaska__

_____
*Judge's Signature*

The Hon. Matthew M. Scoble, U.S. Magistrate Judge
_____
*Printed name and title*