# UNITED STATES DISTRICT COURT
## for the
### District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>**DOMINIC WATERS** | ) ) ) ) ) ) ) |
| _____<br>*Defendant* | |

Case No. 3:26-mj-00301-KFR

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*    DOMINIC WATERS                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

21 USC 841 (a)(1),(b)(1)(C)   Possession with Intent to Distribute a Controlled Substance

Date: **May 1, 2026**

Digitally signed
by Matthew M.
Scoble
Date: 2026.05.01
15:12:19 -08'00'

_____
*Issuing officer's signature*

City and state:     Anchorage, Alaska

Hon. Matthew M, Scoble, U.S. Magistrate Judge
_____
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  05/01/2026   , and the person was arrested on *(date)*  05/01/2026
at *(city and state)*   Anchorage, AK          .

Date:  05/01/2026

_____
*Arresting officer's signature*

SA Michael Sheffield
_____
*Printed name and title*